[No. 60307-8-I. Division One. July 27, 2009.]

*In the Matter of the Marriage of* MARGO H. KIMBERLY, *Appellant*, and DELYNN KIMBERLY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 92-3-04325-8, Darrell E. Phillipson, J. Pro Tem., entered June 15, 2007. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Becker and Lau, JJ.

[No. 60926-2-I. Division One. July 27, 2009.]

MRC RECEIVABLES CORPORATION, *Respondent*, v. ALMITRA ZION, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-2-00945-7, Ira Uhrig, J., entered November 2, 2007. *Reversed* and *remanded* by unpublished opinion per Leach, J., concurred in by Grosse and Ellington, JJ. Now published at 152 Wn. App. 625.

[Nos. 60941-6-I; 60943-2-I; Division One. July 27, 2009.]
60942-4-I.

THE STATE OF WASHINGTON, *Respondent*, v. JOE T. STARLING, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 07-1-01934-7, Andrea A. Darvas, J., entered November 5, 2007. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, A.C.J., and Appelwick, J.

[No. 61037-6-I. Division One. July 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN MARK BUCKMINSTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-1-09466-1, George T. Mattson, J., entered December 21, 2007. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler, C.J., and Lau, J.